*CLAMAGERAN* vs. *SACERDOTTE.*

Eastern Dist.
*April*, 1828.

APPEAL from the court of the first district.

Cause remanded on error in finding of the jury.

PORTER, J. delivered the opinion of the court. In this suit the plaintiff claims a considerable sum from the defendant, and the latter demands in reconvention a large amount from the former. Two juries have passed on it in the court below. The first found a verdict for the plaintiff for two hundred and thirty dollars seventy-seven cents. A new trial having been granted, the second found also in favor of the plaintiff in the sum of fifteen hundred and sixty dollars twenty-one cents, and the court below confirmed it and gave judgment accordingly. The defendant appealed.

That verdict and judgment are now admitted to have been erroneous, but the plaintiff insists that he ought to recover from the defendant four hundred and four dollars, which is the sum really due him.

The case is presented to us in such a shape that we think the ends of justice require it should be remanded for a new trial. It is impossible for us as it now stands before us to say what the balance is or in whose favor it preponderates.

CLAMAGE-
RAN
*vs.*
SACERDOTE.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court be annulled, avoided, and reversed, that the case be remanded for a new trial, and that the appellee pay the costs of this appeal.

*Cuvillier* for the plaintiff, *Seghers* for the defendant.